■ JOHN ABRAHAM, Appellant-Respondent, v AUXTON COMPUTER ENTERPRISES, INCORPORATED, Respondent-Appellant.—Order, Supreme Court, New York County (Martin Evans, J.), entered on April 17, 1986, unanimously affirmed, without costs and without disbursements. The motion by plaintiff-appellant-respondent for leave to supplement the record on appeal to include certain material denied. No opinion. Concur—Kupferman, J. P., Carro, Kassal, Ellerin and Smith, JJ.